1

2

3

4

5

CLERK, U.S. DISTRICT COURT

APR 1 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

6

7

8

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

10   NOEL T. WINTER, et al.,                    )   No. EDCV 09-1305 VAP (FFM)
                                                )
11                          Plaintiffs,         )   ORDER ADOPTING FINDINGS,
          v.                                    )   CONCLUSIONS AND
12                                              )   RECOMMENDATIONS OF
                                                )   UNITED STATES MAGISTRATE JUDGE
13   STATE OF FLORIDA, et al.,                  )
                                                )
14                          Respondents.        )
                                                )
15   _____        )

16         Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this

17   action, the attached Report and Recommendation of United States Magistrate Judge

18   ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with

19   and adopts the findings of fact, conclusions of law, and recommendations contained in

20   the Report after having made a de novo determination of the portions to which

21   objections were directed.

22         IT IS ORDERED that plaintiffs' state law claims be dismissed and that defendant

23   County of Riverside's Motion be granted as follows:

24   (1)   Plaintiffs' claims against Marshall Smith, the Idyllwild Town Crier, Carolyn J.

25         Cole, Larry and Judy Tatum, Marge Muir, Beatrice Houthron/Beatrix Houghton,

26         Nancy Borchers, Cindy Harding, the Professionals, Giselle Stearns, Marie

27         Williams, and the Pine Cove Property Owners Association and all its members

28         are dismissed without prejudice and without leave to amend;

1  (2)    Plaintiffs' claims under 18 U.S.C. § 341, 18 U.S.C. § 342, and 42 U.S.C. §§ 3001
2          *et seq.* are dismissed without prejudice and without leave to amend;

3  (3)    Plaintiffs' claims under 42 U.S.C. §12101 *et seq.* are dismissed without prejudice
4          and without leave to amend as to all defendants, except that to the extent Noel T.
5          Winter brings such a claim against the County of Riverside ("COR") with respect
6          to the facility in which Winter was jailed, such claim is dismissed with leave to
7          amend; and

8  (4)    Plaintiffs' remaining claims against COR are dismissed with leave to amend.

9          Plaintiffs are granted thirty days from the date of this order to file an amended
10 complaint.

11

12 DATED: April 11, 2010

13                                          VIRGINIA A. PHILLIPS
14                                          United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28