UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOEL T. WINTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF FLORIDA, et al., <br><br> Defendants. | No. CV 09-1305 VAP (FFM) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: Sept 4 2010

VIRGINIA A. PHILLIPS
United States District Judge