CLERK, U.S. ... DISTRICT COURT

SEP - 8 2010

... DISTRICT OF ... NIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

NOEL T. WINTER, et al.,

    Plaintiffs,

  v.

STATE OF FLORIDA, et al.,

    Defendants.

)
)
)
)
)
)
)
)
)
)

No. CV 09-1305 VAP (FFM)

JUDGMENT

  Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that plaintiffs take nothing by their Complaint and that this action is dismissed without prejudice.

DATED: Sept 8 2010

                    VIRGINIA A. PHILLIPS
                    United States District Judge